# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**AARON DeROO,**

    **Petitioner,**

**v.**

**CAROL HOLINKA,**
**Warden FCI Oxford,**

    **Respondent.**

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2241**

Case No. 08-cv-237-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

**JOEL TURNER**
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____8/22/08_____
Date