IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON DeROO,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-237-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent Carol Holinka, dismissing petitioner Aaron DeRoo's Petition for Writ of Habeas Corpus.

_____
Peter Oppeneer, Clerk of Court

2/23/09
Date