IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON DeROO,

                                                                ORDER

                    Petitioner,

                                                           08-cv-237-bbc

     v.

CAROL HOLINKA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       For the reasons stated from the bench on February 13, 2009, at the hearing on petitioner Aaron DeRoo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, the petition is DENIED.

       The clerk of court is to enter judgment for respondent, Carol Holinka, and close this case.

       Entered this 23d day of February, 2009.

                                                       BY THE COURT:
                                                       /s/
                                                       BARBARA B. CRABB
                                                       District Judge